SCWC-29576

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DUSTIN CROSS and SANDI ADELE SCHNEIDERMAN,
Respondent-Appellee,

vs.

THERESA ILENE HARDEN,
Petitioner-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29576; CIV. NO. 08-1-0263)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner's application for writ of certiorari filed

on June 28, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, August 9, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Gary Victor Dubin,
Long H. Vu and Frederick J.
Arensmeyer for petitioner
on the application

Robert E. Chapman and Mary
Martin for respondent on
the response

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.